**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-8037**

_____

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

      v.

PHILLIP TYRONE MORRISON,

              Defendant - Appellant.

_____

Appeal from the United States District Court for the Western District of North Carolina, at Statesville.   Richard L. Voorhees, District Judge.  (5:03-cr-00004-RLV-20)

_____

Submitted:  April 25, 2013          Decided:  April 29, 2013

_____

Before AGEE and WYNN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Phillip Tyrone Morrison, Appellant Pro Se.  Amy Elizabeth Ray, Assistant United States Attorney, Jill Westmoreland Rose, OFFICE OF THE UNITED STATES ATTORNEY, Asheville, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Phillip Tyrone Morrison appeals the district court's order denying relief on his motion seeking a reduction of sentence under 18 U.S.C. § 3582 (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Morrison, No. 5:03-cr-00004-RLV-20 (W.D.N.C. Oct. 31, 2012). We deny Morrison's motion to appoint counsel and to suspend briefing and we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED